FILED

09 SEP -1 PM 9:36

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



IN THE MATTER OF

CV 09 80189 MISC

Randolph Lane Howard - #61557

_____/

**ORDER TO SHOW CAUSE**

It appearing that Randolph Lane Howard has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Randolph Lane Howard
Kolesar & Leatham Chtd.
3320 West Sahara Ave., #380
Las Vegas, NV 89102